# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE LUIS LOPEZ-PEREZ,<br><br>Defendant. | Case No.: 26CR1527-TWR<br><br>**ORDER AND JUDGMENT TO DISMISS THE INFORMATION WITHOUT PREJUDICE; ORDER TO EXONERATE THE BOND** |

Upon motion of the United States of America, pursuant to Rule 48(a), Federal Rules of Criminal Procedure,

IT IS HEREBY ORDERED that the Information in the above-entitled case is dismissed without prejudice and the bond in this case is exonerated.

IT IS SO ORDERED AND ADJUDGED.

DATED:  5/18/2026

_____
HONORABLE TODD W. ROBINSON
United States District Judge
Southern District of California